

FILED

JAN 2 4 2007

SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEORDORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br><br>                Plaintiffs,<br>v.<br><br>SHUTTER MART OF CALIFORNIA, INC.,; TILECLUB, A California Corporation; F. MAURY LOWE dba LAMPSHADES UNLIMITED; KATHLEEN L. LOWE dba LAMPSHADES UNLIMITED; AMERICA'S BEST CARPETS, A California Corporation, aka ABC ABBEY CARPET & HARDWOOD; MCGRATH FAMILY TRUST, dated 11-06-86; and DOES 1-10, Inclusive,<br><br>                Defendants. | CASE NO: 06 CV 00760 W (RBB)<br><br>ORDER FOR DISMISSAL WITHOUT PREJUDICE OF CROSS-CLAIM OF DEFENDANT AND CROSS-CLAIMANT SHUTTER MART AGAINST CROSS-DEFENDANT MCGRATH FAMILY TRUST |
| SHUTTER MART OF CALIFORNIA, INC., TILECLUB, F. MAURY LOWE and KATHLEEN LOWE and AMERICA'S BEST CARPETS, A California corporation;<br><br>                Cross-Claimants,<br>v.<br><br>MCGRATH FAMILY TRUST, DATED 11-06-86, and DOES 1 through 100, Inclusive,<br>                Cross-Defendants. | |

On November 7, 2006, Defendant Shutter Mart, Inc. filed a motion for voluntary dismissal of its cross-claim against the McGrath Family Trust under Federal Rule of Civil Procedure 41(a). Good cause appearing, the court hereby **GRANTS** the request and dismisses the cross-claim without prejudice. All claims and cross-claims having been dismissed, the Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: January 24, 2007

Hon. THOMAS J. WHELAN
United States District Judge
Southern District of California